

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Trent Alvon Smith, Appellant

No. 06-18-00094-CV          v.

The State of Texas, Texas Department of
Criminal Justice, and The Texas
Department of Criminal Justice -
Institutional Division, Appellees

Appeal from the 126th District Court of
Travis County, Texas (Tr. Ct. No. D-1-GN-
14-001313).    Memorandum    Opinion
delivered by Justice Stevens, Chief Justice
Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Trent Alvon Smith, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk